

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00170-CV

IN THE INTEREST OF G.A.R., A
CHILD

\-\-\-\-\-\-\-\-\-\-\-

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1] AND JUDGMENT

\-\-\-\-\-\-\-\-\-\-\-

We have considered "Appellant's Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J., and GABRIEL, J.

DELIVERED: July 19, 2012

---

[1]*See* Tex. R. App. P. 47.4.